# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SIERRA NEVADA SW ENTERPRISES, LTD., a Nevada limited company,<br><br>        Plaintiff,<br><br>vs.<br><br>JASON KING, P.E.,<br>STATE ENGINEER, in his official and individual capacities, et al.,<br><br>        Defendants. | 3:10-cv-0579-LRH (RAM)<br><br>**MINUTES OF THE COURT**<br><br>November 16, 2010 |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   JENNIFER COTTER          REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):   NONE APPEARING

COUNSEL FOR DEFENDANT(S):   NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

    Defendant has filed a Motion to Stay Discovery (Doc. #4) and Plaintiff has responded with a Notice of Non-Opposition (Doc. #7).

    **IT IS HEREBY ORDERED** that Defendant's Motion to Stay Discovery (Doc. #4) is **GRANTED**.

    **IT IS FURTHER ORDERED** that a status conference is scheduled on **Wednesday, January 19, 2011, at 9:00 a.m.** Counsel shall contact the courtroom deputy, Jennifer Cotter, at (775) 686-5758, two (2) days in advance of the hearing to advise her of the telephone number where they may be reached for the hearing.

                                               LANCE S. WILSON, CLERK
                                               By:          /s/
                                                    Deputy Clerk